

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Acting Deputy Chief, Civil Division*
*Assistant United States Attorney*

*970 Broad Street*
*Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 645-2813*

June 29, 2026

**Via Electronic Filing**
Hon. Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** *Batista Macea v. Mullin*, No. 26-04673
> **Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We respectfully write to inform the Court that on June 24, 2026, Petitioner appeared for a bond hearing in immigration court pursuant to 8 U.S.C. § 1226(a). *See* Ex. A (Bond Order). The immigration court denied bond upon finding Petitioner "failed to meet her burden of establishing that she is not a flight risk." *Id.* at 1.[1] We respectfully request that the Court close this case and thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ David Inkeles*
DAVID INKELES
Acting Deputy Chief, Civil Division
Assistant United States Attorney
*Attorneys for Respondents*

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:**

_June 30, 2026_

[1] The Court ordered Respondents to update the Court on the outcome of the bond hearing within three days. *See* ECF No. 4. Because that deadline fell on a weekend, this response is timely under Federal Rule of Civil Procedure 6(a)(1)(C).

cc:    Counsel of Record (*via ECF*)